IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DE JESUS GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>   Defendants. | No. C-15-0488 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT AND FIRST AMENDED COMPLAINT** |

On February 20, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed February 2, 2015, and the First Amended Complaint, filed February 3, 2015.

**IT IS SO ORDERED.**

Dated: February 26, 2015

MAXINE M. CHESNEY
United States District Judge