ARNOLDO CASILLAS, ESQ., SBN 158519
CHRISTIAN F. PEREIRA, ESQ., SBN 251599
**CASILLAS, MORENO & ASSOCIATES**
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone:   (323) 725-0917
Facsimile:    (323) 725-0350
Email:        acasillas@morenolawoffices.com
              cpereira@morenolawoffices.com


Attorneys for Plaintiff,
SERGIO DE JESUS GARCIA

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DE JESUS GARCIA, | ) CASE NO. 3:15-cv-00488-MMC |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION TO DISMISS** |
| | ) **DEFENDANTS**  AND ORDER THEREON |
| COUNTY OF CONTRA COSTA, | ) |
| CITY OF OAKLEY, DAVID | ) |
| RIDDLE, KEVIN MORRIS, DOES 1 | ) |
| through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their

respective counsel that Plaintiff SERGIO DE JESUS GARCIA hereby dismisses

Defendants COUNTY OF CONTRA COSTA, CITY OF OAKLEY, DAVID

////

////

**JOINT STIPULATION TO DISMISS DEFENDANTS; [PROPOSED] ORDER**

1   RIDDLE and KEVIN MORRIS, with prejudice pursuant to FRCP 41(a)(1).

2   Respectfully Submitted,

3

4   Dated: January 13, 2016          CASILLAS, MORENO& ASSOCIATES

5

6                                    By:  _____/s/_____

7                                    CHRISTIAN F. PEREIRA
                                     Attorneys for Plaintiff
8                                    SERGIO DE JESUS GARCIA

9

10  Dated:  January 13, 2016         COUNTY OF CONTRA COSTA

11                                   COUNTY COUNSEL

12

13                                   By:  ____/s/_____

14                                   CHRISTOPHER B. WHITMAN
                                     Attorneys for Defendants
15                                   COUNTY OF CONTRA COSTA, CITYO F
                                     OAKLEY, DAVID RIDDLE and KEVIN MORRIS
16

17                          <u>ORDER</u>

18       GOOD CAUSE APPEARING and the parties having stipulated, it is hereby

19  ordered that the above-entitled matter be dismissed with prejudice.

20       IT IS SO ORDERED.

21

22  Dated:  January _13_, 2016

23                                   Hon. Maxine M. Chesney

24

25

26

27

28

**JOINT STIPULATION TO DISMISS DEFENDANTS; [PROPOSED] ORDER**